UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WILLIAM McCOVEY, III,<br><br>Plaintiff,<br><br>v.<br><br>DEL NORTE COUNTY; et al.,<br><br>Defendants.<br>_____/ | No. C 14-1292 LB<br><br>**ORDER FOR AMENDMENT TO COMPLAINT**<br><br>[Re: ECF No. 1] |

William McCovey, III, filed this *pro se* civil rights action under 42 U.S.C. § 1983, alleging that he was subjected to excessive force by seven officers on an unstated date at the Del Norte County Jail. ECF No. 1 at 3. Several statements in his complaint indicate that the incident complained of is the same incident complained of in *McCovey v. Guzman*, Case No. 01-2850 SBA. *See, e.g.,* ECF No. 1 at 2 ("my claim has already been filed in Saundra Armstrong Brown's court. I have new medical information"). The court's analysis of the complaint depends on when the alleged excessive force took place. Therefore, no later than **April 25, 2014**, plaintiff must file an amendment to the complaint in which he states the date on which the alleged excessive force took place.

**IT IS SO ORDERED.**

Dated: March 26, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-1292 LB
ORDER