UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| WILLIAM McCOVEY III, | No. C 14-1292 LB |
| Plaintiff, | **ORDER** |
| v. | [Re: ECF No. 15] |
| DEL NORTE COUNTY; et al., | |
| Defendants. | |
| _____/ | |

William McCovey III filed this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983, complaining of events and omissions that had occurred in 2000 and that had been the subject of an earlier action he filed. The court ordered Mr. McCovey to show cause why the action should not be dismissed as untimely and as barred by the doctrines of issue and claim preclusion. Mr. McCovey did not respond to the order to show cause. The court dismissed the action on July 9, 2014.

Mr. McCovey has sent to the court a letter stating that he did not receive the order to show cause and therefore did not know of the obligation to respond to it. ECF No. 15. The order to show cause was mailed to Mr. McCovey at the address he had used on an amended complaint filed three weeks before the order to show cause was mailed to him, and the mail sent from the court to Mr. McCovey was not returned to the court as undeliverable mail. Out of an abundance of caution, however, the

court will provide Mr. McCovey one more opportunity to respond to the order to show cause.

No later than **November 7, 2014**, Mr. McCovey must file his written response to the April 29, 2014 order to show cause. At that time, the court will determine whether to reopen the action.

The clerk will mail to Mr. McCovey a copy of the order to show cause (ECF No. 9), and the order of dismissal (ECF No. 12) to aid him in responding to this order. The clerk will mail those documents to Mr. McCovey at his most recent correctional address (i.e., c/o Oregon Department of Corrections, 3405 Deer Park Drive SE, Salem OR 97310) and his most recent non-correctional address (i.e., 76550 New York Avenue, Palm Desert, CA 92211).

**IT IS SO ORDERED.**

Dated: October 6, 2014

_____
LAUREL BEELER
United States Magistrate Judge